United States District Court
for the District of Columbia

**FILED**

JAN 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**WAIVER OF INDICTMENT**

CASE NUMBER:  CR 05-452 (PLF)

GERRY D. MATHEWS

I,      GERRY D. MATHEWS         the above named defendant, who is accused of

18 USC 2314    Interstate Transportation of Money Taken by Fraud - Count 1
18 USC 2       Cause an act to be done.

being advised of the nature of the charge, the proposed information, and of my rights, hereby

waive in open court on   January 30, 2006    prosecution by indictment and consent that the

proceeding may be by Information rather than by Indictment.

_____
Defendant   Gerry D. Mathews

_____
Counsel for Defendant   Richard M. McGill, Esquire

_____
Judge Paul L. Friedman
United States District Court