HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

OCT - 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Gerry Matthews         Docket No.: Cr 05-452-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Gerry Matthews__ having been sentenced, on June 16, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __FPC Alderson__, in __Alderson, WV__ by 2 p.m., on __October 4, 2006__.

_Sept. 29, 2006_
Date

_[signed] Paul L. Friedman_
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine or both.

_[signed] Julia Taylor_
ATTORNEY/U.S. PROBATION OFFICER

_[signed] Gerry Wayne Matthews_
DEFENDANT

Revised 6-2004

(N)