UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | Criminal No. 05-452 (PLF) |
| ) | |
| GERRY D. MATHEWS,      ) | **SEALED** |
| ) | |
| Defendant,      ) | |

**DECLARATION OF KRISTENA BROWN**

FILED

OCT - 7 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

I, Kristena Brown, do hereby declare the following:

1. I am a Financial Litigation Agent in the Financial Litigation Unit of the United States Attorney's Office for the District of Columbia.

2. I am aware of the facts and circumstances involving the above captioned matter.

3. On June 19, 2006, a criminal judgment was entered against defendant in the U.S. District Court for the District of Columbia.

4. Defendant was ordered to pay the Clerk's Office restitution in the amount of $312,260.09 for the benefit of Fried, Frank, Harris Shriver & Jacobson, LLP. As of September 30, 2014, the Defendant has paid $5,115.37 towards her restitution judgment.

5. The records maintained by the Financial Litigation Unit of the United States Attorney's Office for the District of Columbia and those of the U.S. District Court Finance Office of the Clerk's Office, relating to defendant, Gerry D. Mathews, both reflect an outstanding balance on her court ordered judgment for restitution in the amount of $307,144.72.

6. By Garnishment order [#27] filed on August 15, 2011, this Court required the Garnishee to pay bi-weekly $137.50 of the Defendant's wages to the Clerk of this Court toward

satisfaction of her restitution obligation in this case.  As reflected in records of the Finance Office of the Clerk of the Court and those of the Financial Litigation Unit of the U.S. Attorney's Office, A.P. Mathews made a payment of $137.50 on September 15, 2011, a month later.  It made another payment of $825.00 on March 15, 2012, which appeared to cover 3 months of payments, a total of 6 payments of $137.50.  No additional payments of any kind, however, have been submitted since March 2012.

7.      There have been a total of 163 weeks between the August 15, 2011 order and September 30, 2014.  To date, the Garnishee should have made a total of 81 payments of $137.50, totaling $11,137.50.  However, only seven payments totaling $962.50 have been made.  Accordingly, a balance of $10,175.00 remains at this time.

8. The debtor's last known address is 732 Sun Point Road, Davidsonville, MD  21035.

I declare under the penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.

_____  10/6/14
Kristena Brown
Financial Litigation Agent
Financial Litigation Unit
(202) 252-2600